# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 280 WAL 2018

          Respondent         :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

          v.                  :

                               :

ANTHONY KINNEY,             :

                               :

          Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.